■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD LEE GARVEY, Appellant.— The judgment of conviction must be reversed. The question of fact as to the sufficiency of the corroboration evidence should have been submitted to the jury. The testimony of the witnesses Brannen as

to complainant's statements was hearsay and it was error to admit it. If it were not for the errors of law we would affirm. Judgment of conviction reversed, on the law, and a new trial ordered. Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.